# Court of Appeals
# of the State of Georgia

ATLANTA,  November 26, 2018

*The Court of Appeals hereby passes the following order:*

**A19E0021. THOMAS EDWARD MATTIMOE v. KATHRYN D. MATTIMOE.**

The Plaintiff/Appellant in the above-styled case has filed a Rule (40)b Emergency Motion For Extension Of Time.  Said Motion is hereby GRANTED. Plaintiff/Appellant's application for discretionary appeal is due on Friday, December 28, 2018.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  11/26/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*